No. 89–913.  ETHERIDGE *v.* ANDREWS ET UX.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 89–916.  ILLINOIS *v.* KERNER.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 89–917.  MIAMI CENTER LIMITED PARTNERSHIP ET AL. *v.* BANK OF NEW YORK ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–919.  SMITH MACHINERY CO., INC. *v.* HESSTON CORP. C. A. 10th Cir.  Certiorari denied.

No. 89–920.  ESTREMERA *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–925.  TOVREA *v.* RAILROAD RETIREMENT BOARD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–929.  ABBOTT ET AL. *v.* GOULD, INC.  Sup. Ct. Neb. Certiorari denied.

No. 89–932.  ARRINGTON ET UX. *v.* MATTOX, ATTORNEY GENERAL OF TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 89–934.  WOODARD ET AL. *v.* CITY OF FORT WORTH, TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 89–937.  DE KLEINMAN *v.* RESIDENTIAL BOARD OF MANAGERS OF THE OLYMPIC TOWER CONDOMINIUM ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 89–938.  PACYNA *v.* PACYNA.  Ct. App. N. Y.  Certiorari denied.

No. 89–942.  ROOKER *v.* RIMER.  Ct. App. Tenn.  Certiorari denied.

No. 89–943.  THOMAS J. KLINE, INC. *v.* LORILLARD, INC. C. A. 4th Cir.  Certiorari denied.